# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**KYLE MCCLENDON,**        **CASE NO. 3:12-cv-364**

    Petitioner,        **Judge Timothy S. Black**
                       **Magistrate Judge Michael R. Merz**

  **-vs-**

**WARDEN, Lebanon Correctional Institution,**

    Respondent.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**     **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 2) of the United States Magistrate Judge is **ADOPTED**; the Petitioner's Objections (Doc. 4) are **OVERRULED**; the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED and DISMISSED with Prejudice***;* that any request for a certificate of appealability under 28 U.S.C. §2253(c) be **DENIED**; that any appeal be **CERTIFIED** as objectively frivolous; that any request for leave to appeal *in forma pauperis* be **DENIED***;* and the case is **TERMINATED** from the docket.

Date: April 11, 2013                                       **JOHN P. HEHMAN, CLERK**
                                                                         By: s/ M. Rogers
                                                                         Deputy Clerk